# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. Health Choice Group, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:17-cv-00126-RWS-CMC |
| BAYER CORPORATION, *et al.*, | § § § | |
| Defendants. | § § | |

## THE LASH GROUP'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant The Lash Group ("Lash") files this Disclosure Statement and states:

1. Lash is a wholly owned subsidiary of AmerisourceBergen Consulting Services, Inc., which is a wholly owned subsidiary of AmerisourceBergen Drug Corporation, which is a wholly owned subsidiary of AmerisourceBergen Services Corporation, which is a wholly owned subsidiary of AmerisourceBergen Corporation ("AmerisourceBergen").

2. AmerisourceBergen is a publicly traded company and trades on the New York Stock Exchange under the trading symbol, "ABC."

3. AmerisourceBergen has no parent company. Walgreens Boots Alliance, Inc. (NASDAQ: WBA) owns 10% or more of AmerisourceBergen's stock.

Dated:  March 26, 2018.	Respectfully submitted,

*/s/ John P. McDonald*
John P. McDonald
  Texas Bar No. 13549090
  Email: jpmcdonald@lockelord.com
C. Scott Jones
  Texas Bar No. 24012922
   Email: sjones@lockelord.com
W. Scott Hastings
  Texas Bar No. 24002241
  Email: shastings@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800

ATTORNEYS FOR DEFENDANT THE LASH GROUP

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was served upon all counsel of record via the Court's electronic filing service pursuant to the Federal Rules of Civil Procedure on this 26th day of March, 2018.

*/s/ John P. McDonald*
Counsel for The Lash Group