## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | |
|---|---|
| HEALTH CHOICE GROUP, LLC and JAIME GREEN, on behalf of the UNITED STATES OF AMERICA; STATE OF ARKANSAS; STATE OF CALIFORNIA; STATE OF COLORADO; STATE OF CONNECTICUT; STATE OF DELAWARE; DISTRICT OF COLUMBIA; STATE OF FLORIDA; STATE OF GEORGIA; STATE OF HAWAII; STATE OF ILLINOIS; STATE OF INDIANA; STATE OF IOWA; STATE OF LOUISIANA; STATE OF MARYLAND; COMMONWEALTH OF MASSACHUSETTS; STATE OF MICHIGAN; STATE OF MINNESOTA; STATE OF MONTANA; STATE OF NEVADA; STATE OF NEW HAMPSHIRE; STATE OF NEW JERSEY; STATE OF NEW MEXICO; STATE OF NEW YORK; STATE OF NORTH CAROLINA; STATE OF OKLAHOMA; STATE OF RHODE ISLAND; STATE OF TENNESSEE; STATE OF TEXAS; STATE OF VERMONT; COMMONWEALTH OF VIRGINIA; and STATE OF WASHINGTON, | |
| | Civil Action No.: 5:17-CV-126-RWS-CMC |
| | **JURY TRIAL DEMANDED** |
| Plaintiffs/Relators, | |
| v. | |
| BAYER CORPORATION; AMGEN INC.; ONYX PHARMACEUTICALS, INC.; AMERISOURCEBERGEN CORPORATION; and LASH GROUP, | |
| Defendants. | |

### PLAINTIFFS'/RELATORS' RESPONSE TO DEFENDANTS' RENEWED MOTION TO STAY DISCOVERY

Relators[1] respectfully request that the Court deny Defendants' renewed motion to stay discovery. Dkt. 92.

On June 29, 2018, the Court recommended, in relevant part, that (1) Defendants' motion to dismiss for failure to state a claim be denied; and (2) Defendants' motion to dismiss for failure to meet Rule 9(b)'s heightened pleading standard be granted—*without prejudice to amendment*. *See* Dkt. 91. In their latest bid to derail this case, Defendants focus on the second aspect of the June 29 Report and Recommendation while ignoring that the Court squarely rejected Defendants' attack on the actual merits of Relators' claims.[2] Relators are diligently working to amend the First Amended Complaint and, by the time Defendants' renewed motion to stay discovery will be fully briefed, they anticipate filing an amended pleading that will resolve all of the Court's Rule 9(b)-related concerns.

As such, and for the reasons explained in Relators' response to Defendants' previous motion to stay discovery (Dkt. 53), the Court should deny this motion.

---

[1] The term "Relators" refers to the parties identified as such in the caption of this action

[2] Defendants failed to file any objections to the June 29 Report and Recommendation.

1

Dated:  July 27, 2018

Respectfully submitted,

*/s/ Sam Baxter*
Samuel F. Baxter (co-lead counsel)
sbaxter@mckoolsmith.com
Jennifer L. Truelove
jtruelove@mckoolsmith.com
MCKOOL SMITH P.C.
104 East Houston, Suite 300
Marshall, Texas 75670
(903) 923-9000
Fax: (903) 923-9099

Eric B. Halper
ehalper@mckoolsmith.com
Radu A. Lelutiu
rlelutiu@mckoolsmith.com
Dana E. Vallera
dvallera@mckoolsmith.com
Karla Y. Valenzuela
kvalenzuela@mckoolsmith.com
MCKOOL SMITH P.C.
One Bryant Park, 47th Floor
New York, New York 10036
(212) 402-9400
Fax: (212) 402-9444

*/s/ W. Mark Lanier*
Mark Lanier (co-lead counsel)
WML@LanierLawFirm.com
Christopher L. Gadoury
Chris.Gadoury@LanierLawFirm.com
Jonathan Wilkerson
Jonathan.Wilkerson@LanierLawFirm.com
THE LANIER FIRM
6810 FM 1960 West
Houston, Texas 77069
(800) 723-3216
Fax:  (713) 659-2204

***ATTORNEYS FOR RELATORS***

1357082

## CERTIFICATE OF SERVICE

   The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 27, 2018 to counsel of record who are deemed to have consented to electronic services via the Court's CM/ECF system. Any other counsel of record will be served by electronic mail, facsimile, U.S. Mail and/or overnight delivery.

*s/ Radu A. Lelutiu*___
Radu Lelutiu
