**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | |
|---|---|
| Health Choice Group, LLC and<br>Jaime Green, on behalf of the United States<br>of America, et al.,<br><br>               Plaintiffs/Relators,<br><br>v.<br><br>Bayer Corporation; Amgen Inc.; Onyx<br>Pharmaceuticals, Inc.; AmerisourceBergen<br>Corporation; and Lash Group,<br><br>               Defendants. | Civil Action No. 5:17-cv-126-RWS-CMC |

## DEFENDANTS' REPLY BRIEF IN SUPPORT OF MOTION TO STAY DISCOVERY

Discovery should be stayed in this case until Relator Health Choice Group, LLC

("HCG")[1] files an amended complaint in this action that complies with Federal Rule 9(b).

Defendants' opening brief provided numerous reasons for the requested stay, and HCG's

opposition does not attempt to dispute any of them.  Specifically, HCG did not dispute that:

- The current complaint fails to satisfy the pleading requirements of Rule 9(b).
  Dkt. 92 at 6;

- The Fifth Circuit has stated that, in similar circumstances, a plaintiff is not
  entitled to discovery until the plaintiff satisfies Rule 9(b).  *Id*. at 2, 4-5 (citing *U.S.
  ex rel. Grubbs v. Kanneganti*, 565 F.3d 180, 185 (5th Cir. 2009) ("Rule 9(b) has
  long played that screening function, standing as a gatekeeper to discovery…."));
  and

- HCG will not be prejudiced by the requested stay, yet the stay would avoid an
  undue burden on Defendants.  *Id*. at 6-8.

Rather than challenge any of the bases for the requested stay, HCG's only response is that

it is "diligently working to amend the First Amended Complaint…."  Dkt. 96 at 1.  This does not

---

[1] Defendants acknowledge two relators remain in this action because Relator Jaime Green has not been dismissed by
this Court per Magistrate Judge Craven's Report and Recommendation.  Relators, however, did not object to that
finding and recommendation and apparently will proceed only with HCG as the sole relator.

address or contradict the authority from Defendants' motion.  To the contrary, it provides further support for a stay of discovery.  HCG's assertion is that it will soon file an amended complaint, if permitted by this Court.  If that complaint satisfies all pleading requirements, including Rule 9(b)'s requirements, discovery can continue.  But HCG offers no argument why a stay is not appropriate until that time.

HCG's actions also show that a stay of discovery is appropriate.  After Magistrate Judge Craven's Report and Recommendation of dismissal, Relators have ceased adhering to their discovery obligations.  Only days ago on July 25, Defendants produced their lists of potential e-mail custodians, as required by the Court's E-Discovery Order (Dkt. 63) and the parties' agreement.  Despite agreeing to a mutual exchange of e-mail custodian lists, Relators failed to produce their list on July 25.  Indeed, Defendants still have not heard from Relators regarding this required production, and have not even received a request from Relators for an extension.

In short, HCG has not articulated a reason why the parties should continue with discovery while the Report and Recommendation is pending, and, if adopted, until HCG submits a pleading sufficient for this case to proceed.  No party would be prejudiced by the requested stay, and it would preserve the parties' resources until they know which, if any, of HCG's allegations will remain the proper subject of discovery.  Granting the stay would further the discovery gatekeeper purpose of Rule 9(b).

Dated: July 30, 2018                                   Respectfully submitted,

*/s/ Benjamin J. Razi by permission Claire Henry*
Matthew J. O'Connor (*pro hac vice*)
Benjamin J. Razi (*pro hac vice*)
Joshua N. DeBold (*pro hac vice*)
Covington & Burling LLP - Washington
One CityCenter

850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5469
Facsimile: (202) 662-6291
Email: moconnor@cov.com
Email: jdebold@cov.com

T. John Ward, Jr.
State Bar No. 00794818
Claire Henry
State Bar No. 24053063
Andrea L. Fair
Texas Bar No. 24078488
WARD, SMITH & HILL, PLLC
PO Box 1231
Longview, Texas 75606-1231
Telephone: (903) 757-6400
Facsimile: (903) 757-2323
Email: jw@wsfirm.com
Email: claire@wsfirm.com
Email: andrea@wsfirm.com

**ATTORNEYS FOR DEFENDANT
BAYER CORPORATION**

*/s/ John P. McDonald w/permission Claire Henry*
John P. McDonald
State Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
W. Scott Hastings
Texas Bar No. 24002241
shastings@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201-6776
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

W. David Carter, TSB No. 03932780
MERCY ✶ CARTER, L.L.P.
1724 Galleria Oaks Drive
Texarkana, Texas 75503
(903) 794-9419 - Telephone

3

(903) 794-1268 - Facsimile
wdcarter@texarkanalawyers.com

**ATTORNEYS FOR AMERISOURCEBERGEN
CORPORATION AND LASH GROUP**

*/s/ C. Michael Moore w/permission Claire Henry*
C. Michael Moore
State Bar No. 14323600
Matthew T. Nickel
Texas Bar No. 24056042
Adam H. Pierson
Texas Bar No. 24074897
DLA Piper US LLP
1717 Main Street, Suite 4600
Dallas, Texas 75201
Phone: (214) 743-4500
Fax:     (214) 743-4545
c.michael.moore@dlapiper.com
matt.nickel@dlapiper.com
adam.pierson@dlapiper.com

Lance Lee
wlancelee@gmail.com
5511 Plaza Drive
Texarkana, Texas 75503
Telephone: (903) 223-0276
Facsimile: (903) 223-0210

**ATTORNEYS FOR DEFENDANTS AMGEN
INC. AND ONYX PHARMACEUTICALS, INC.**

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  Therefore, this document was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email on this the 30th day of July, 2018.

*/s/ Claire Henry*