**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| Health Choice Group, LLC, on behalf of the United States of America, et al., | |
| Plaintiff/Relator, | Civil Action No. 5:17-cv-126-RWS-CMC |
| v. | |
| Bayer Corporation; Amgen Inc.; Onyx Pharmaceuticals, Inc.; AmerisourceBergen Corporation; and Lash Group, | |
| Defendants. | |

**ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW ATTORNEY FOR DEFENDANT BAYER CORPORATION AND REQUEST FOR TERMINATION OF ELECTRONIC NOTICES**

CAME TO BE CONSIDERED the Unopposed Motion to Withdraw Attorney for Defendant Bayer Corporation and Request for Termination of Electronic Notices. After consideration, the Court finds that the Motion should be **GRANTED**.

Therefore, IT IS ORDERED that Joshua DeBold is permitted to withdraw as attorney for Defendant Bayer Corporation effective the date of this order.

IT IS FURTHER ORDERED that electronic notices to Joshua DeBold in this case are terminated effective the date of this order.

**SIGNED this 30th day of August, 2018.**

_____
CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE