**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CHOICE GROUP, LLC,<br><br>     Plaintiffs/Relator,<br>v.<br>BAYER CORPORATION, *et al.*,<br><br>     Defendants. | Civil Action No.: 5:17-CV-126-RWS-CMC<br><br>Civil Action No.: 5:17-CV-123-RWS-CMC |
| HEALTH CHOICE ALLIANCE, LLC,<br><br>     Plaintiffs/Relator,<br>v.<br>ELI LILLY AND COMPANY, INC., *et al.*,<br><br>     Defendants. | |

**ORDER ON RELATORS' UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS AND MODIFY BRIEFING SCHEDULE**

Before the Court is Relators Health Choice Group, LLC's and Health Choice Alliance, LLC's Unopposed Motion for Leave to Extend Page Limits and Modify Briefing Schedule. Upon due consideration, the Court finds the motion (D.I. 207 in 5:17cv123, D.I. 121 in 5:17cv126) should be **GRANTED**.  It is

**ORDERED** the page limits set forth in the Local Rules for (i) Relators' responses;  (ii)  the government's replies; and (iii) Relators' surreplies are each enlarged by 20 pages.

Further, the Court modifies the briefing schedule on the government's motions such that (i) the government's replies are now due on or before February 18, 2019; and (ii) the Relators' surreplies are now due on March 4, 2019.

**SIGNED this 23rd day of January, 2019.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE