IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* HEALTH CHOICE GROUP, LLC, *et al.*, <br><br>　　　　　Plaintiffs, <br><br>vs. <br><br>BAYER CORPORATION, *et al.*, <br><br>　　　　　Defendants. | § § § § § § § § § § § § § <br><br> C.A. No. 5:17-CV-00126-RWS-CMC <br><br><br> JURY TRIAL DEMANDED |

## FIRST AMENDED NOTICE OF APPEAL

TO THE UNITED STATES DISTRICT COURT:

　　　Notice is hereby given that Relator, HEALTH CHOICE GROUP, LLC, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's Order [Dkt. # 155] entered in this action on September 27, 2019 to the extent that the Court's Order dismisses with prejudice Relator's federal claims under the False Claims Act and Anti-Kickback Statute.  Relator does not appeal from the District Court's Dismissal Without Prejudice of Relator's state law claims.

Dated:  October 25, 2019　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　THE LANIER LAW FIRM, P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ W. Mark Lanier*
　　　　　　　　　　　　　　　　　　　　W. Mark Lanier
　　　　　　　　　　　　　　　　　　　　Mark.Lanier@LanierLawFirm.com
　　　　　　　　　　　　　　　　　　　　Kenneth W. Starr
　　　　　　　　　　　　　　　　　　　　Ken.Starr@LanierLawFirm.com
　　　　　　　　　　　　　　　　　　　　Christopher L. Gadoury
　　　　　　　　　　　　　　　　　　　　Chris.Gadoury@LanierLawFirm.com
　　　　　　　　　　　　　　　　　　　　Jonathan P. Wilkerson
　　　　　　　　　　　　　　　　　　　　Jonathan.Wilkerson@LanierLawFirm.com
　　　　　　　　　　　　　　　　　　　　10940 W. Sam Houston Pkwy N, Suite 100
　　　　　　　　　　　　　　　　　　　　Houston, Texas 77064
　　　　　　　　　　　　　　　　　　　　Telephone: (713) 659-5200
　　　　　　　　　　　　　　　　　　　　Fax: (713) 659-2204

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 25, 2019, a true and correct copy of the foregoing was served electronically on those parties registered to receive electronic notice via the Court's CM/ECF system.

*/s/ W. Mark Lanier*
W. Mark Lanier